# Notice to Trustee



**Employee SSN:** _____   **Case No:** 17-20769-KL

**Employee Name:** NZ MOORE

**Employer Name:** Centene

**Employer Address:** 7700 FORSYTH

CLAYTON, MO  63105

**Date bankruptcy received:** _____
**Debtor is** _____ **is not** __X__ **employed**

**Debtor Status:** Not Employed        **Status Date:** 04/11/2017

**Debtor last known address:** _____

, $U

_____
Signature of Garnishee
Annanda Jones
Printed Name
Payroll Representative
Title
800-823-6731
Telephone Number

FILED
APR 17 2017
CHRISTOPHER M. DeTORO, Clerk
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA

04/12/2017
Date